UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 06-10550-NMG

United States of America, ex rel

v.

Cyterra Corp., et al

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Notice of Dismissal filed by the Relators on 9/13/2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 /s/ Christine M. Patch
Deputy Clerk

September 16, 2013

To: All Counsel